IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00373-RPM

DAVID ALLISON, doing business as
CHEAT CODE CENTRAL, a sole proprietorship,

    Plaintiff,

vs.

THOMAS CARROLL,

    Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **June 21, 2007, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order, original and one copy, on paper, shall be submitted directly to chambers by **June 14, 2007.**

    Dated: April 19th, 2007

                                BY THE COURT:

                                s/ Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge