IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00373-RPM

DAVID ALLISON, doing business as
CHEAT CODE CENTRAL, a sole proprietorship,

    Plaintiff,

v.

THOMAS CARROLL,

    Defendant.

_____

### ORDER DENYING MOTION TO QUASH AND OR DISMISS
_____

On March 29, 2007, counsel for defendant Thomas Carroll filed a motion to quash and or dismiss for insufficiency for service of process. In that motion, counsel represents that the defendant lives in southern California where he has resided since September, 2006 and that service at the home of his mother Wilmette, Illinois was insufficient. No affidavit, declaration or other evidence supporting the assertion that the place of service is not the residence of the defendant and no address was given in the defendant's motion. The plaintiff in response has shown sufficient evidence to support the contention at the time of service the Wilmette, Illinois address was the place of defendant's residence and the service was proper. It is therefore

    ORDERED that the motion to quash and or dismiss is denied.

    DATED: April 19th 2007

                                            BY THE COURT:

                                            s/ Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge