IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00373-RPM

DAVID ALLISON, doing business as
CHEAT CODE CENTRAL, a sole proprietorship,

    Plaintiff,

v.

THOMAS CARROLL,

    Defendant.

_____

ORDER DENYING MOTION FOR RECONSIDERATION AND GRANTING
EXTENSION OF TIME TO MAY 21, 2007
_____

    Upon consideration of the defendant's motion for reconsideration of the order denying motion to quash service (Doc. #11) and the defendant's motion for extension of time to answer the first amended complaint (Doc. #10), it is

    ORDERED that the motion for reconsideration is denied and it is

    FURTHER ORDERED that the time to answer the complaint is extended to and including May 21, 2007.

    DATED: May 10th   2007

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____

                                   Richard P. Matsch, Senior District Judge