IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00373-RPM-CBS

DAVID ALLISON, doing business as CHEAT CODE CENTRAL,
a sole proprietorship,

       Plaintiff,

v.

THOMAS CARROLL,

       Defendant.

_____

**ORDER AMENDING SCHEDULING ORDER**
_____

THIS MATTER comes before the Court on the Parties' Joint Motion to Amend Scheduling Order.

**IT IS ORDERED** that:

The Parties' Joint Motion is **GRANTED**, and

The Scheduling Order is hereby amended. The following deadlines shall be extended as set forth below:

| | |
|---|---|
| Joinder of Parties and Amendment of Pleadings | October 15, 2007 |
| Fed. R. Civ. P. 26(a)(2) Disclosures | November 1, 2007 |
| Fed. R. Civ. P. 26(a)(2) Rebuttal Reports | November 15, 2007 |

Dated this 27th day of September, 2007.

                                              **BY THE COURT:**

                                              **s/Richard P. Matsch**

                                              _____

                                              United States District Judge