IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00373-RPM-CBS

DAVID ALLISON, doing business as CHEAT CODE CENTRAL,
a sole proprietorship,

    Plaintiff,

v.

THOMAS CARROLL,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint.

**IT IS ORDERED** that:

Plaintiff's Unopposed Motion is **GRANTED**, and

Plaintiffs Second Amended Complaint is accepted for filing.

DATED: October 16th , 2007

    **BY THE COURT:**

    s/Richard P. Matsch

    United States District Judge