IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00373-RPM-CBS

**DAVID ALLISON**, doing business as **CHEAT CODE CENTRAL**, a sole proprietorship,

       Plaintiff,

v.

**THOMAS CARROLL,**

       Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice and being fully advised, hereby

ORDERS that this action is dismissed with prejudice, each party to pay its own attorney fees and costs.

Dated: November 1st, 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        United States District Judge